**[J-28-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| T.M.H., JR., | : No. 29 WAP 2024 |
| | : |
| Appellee | : Appeal from the Order of the |
| | : Superior Court entered April 26, |
| | : 2024, at No. 812 WDA 2023, |
| v. | : Reversing and Remanding the |
| | : Order of the Court of Common |
| | : Pleas Blair County Civil Division |
| J.L. AND K.L., | : entered June 7, 2023, at No. 2011 |
| | : GN 254. |
| Appellants | : |
| | : ARGUED: April 10, 2025 |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| L.K.C., | : |
| | : |
| Appellee | : |

**ORDER**

**PER CURIAM**

**AND NOW,** this 29th day of April, 2025, the order of the Superior Court is **AFFIRMED**.

Pursuant to this Court's powers under PA. CONST. art. V, §10(a) (vesting this Court with "general supervisory and administrative authority over all the courts") and §10(c) (granting this Court "the power to prescribe general rules governing practice, procedure, and the conduct of all courts"), the trial court is **DIRECTED** to hold a custody hearing within thirty (30) days from the date of this order to make a fresh assessment of standing, resolve any outstanding custody petitions, and determine a final custody arrangement

that will serve the best interests of the child.  The court shall maintain the status quo of the current custody arrangement pending the issuance of a final custody order.

Jurisdiction Relinquished.